Form 3A
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re __Morris, Towon__,                                          Case No. __07-22644__
           Debtor
                                                                  Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__    Check one  ☑  With the filing of the petition, or
                             ☐  On or before _____
   $ __74.75__    on or before __Jan 03, 2008__
   $ __74.75__    on or before __Feb 03, 2008__
   $ __74.75__    on or before __Mar 03, 2008__

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __Towon M_____
Signature of Attorney          Date           Signature of Debtor                Date
                                              (In a joint case, both spouses must sign.)

_____          _____
Name of Attorney                              Signature of Joint Debtor (if any)    Date

[FILED DEC 03 2007 KENNETH S. GARDNER, DEPUTY CLERK, UNITED STATES BANKRUPTCY COURT stamp]

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of ____Illinois____

In re  Morris, Towon
          _____
           Debtor

Case No. 07-22644

Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                       ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

DEC 0 3 2007
Date: _____

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court
_____
*United States Bankruptcy Judge*